IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

SHARON R. MILLER, )
)
    Plaintiff, )
)
v. ) Civil Action No.1:05CV804-SRW
) (WO)
JO ANNE B. BARNHART, )
Commissioner of Social Security, )
)
    Defendant. )

## JUDGMENT

In accordance with the Memorandum of Opinion entered on this date, it is

ORDERED, ADJUDGED and DECREED that the decision of the Commissioner is REVERSED, and this action is REMANDED to the Commissioner for further proceedings.

Done, this 28th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE